HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 354
Sacramento, CA 95814
Telephone: (916) 446-3331
hhgable@pacbell.net

Attorney for Defendant
PRETTY LE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**PRETTY LE**,<br><br>　　　　　Defendant. | No. 2:08 -CR - 0191 EJG<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

　　　　Plaintiff, United States of America, by and through its counsel, Asst. U.S. Attorney Mary L. Grad, and defendant, Pretty Le, by and through her counsel, Hayes H. Gable, III, agree and stipulate that the terms and conditions of defendant's pretrial release be modified as follows:

　　　　1.  Add Special Condition No. 11: "You are to undergo available psychological or psychiatric treatment, as directed by the Pretrial Services Officer."

IT IS SO STIPULATED.

Dated: April 29, 2008

　　　　　　　　　　　　　　　　　　　　　　　/s/ Mary L. Grad
　　　　　　　　　　　　　　　　　　　　　　MARY L. GRAD
　　　　　　　　　　　　　　　　　　　　　　Asst. U.S. Attorney

Dated: April 29, 2008

                                              /s/Hayes H. Gable, III
                                              HAYES H. GABLE, III
                                              Attorney for Defendant
                                              PRETTY LE

IT IS SO ORDERED.

DATED: April 29, 2008.

                                              _/s/ Dale A. Drozd_
                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/le0191.stipord