```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2763
 5
 6
 7
```

8      IN THE UNITED STATES DISTRICT COURT FOR THE

9                EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | CR. S-08-191-GEB |
| ) | |
| 12            Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| 13 ) | AND EXCLUDING TIME UNDER THE |
| 14   v. ) | SPEEDY TRIAL ACT |
| ) | |
| PRETTY LE, ) | |
| 15 ) | |
| 16            Defendant. ) | |

17   The status conference in the captioned action is currently set
18 for October 10, 2008 at 9 a.m.  The parties have reached agreement
19 regarding disposition of the matter by guilty plea.  Counsel for the
20 defendant is not available on October 10, 2008.
21   Accordingly, the parties request that the date currently set
22 for status conference be vacated, and the matter be placed on the
23 court's calendar for change of plea on October 17, 2008 at 9:00 a.m.
24 The continuance is necessary for continuity of counsel.
25   The parties also request that the court exclude time within
26 which the trial of this matter must commence under the provisions of
27 the Speedy Trial Act from October 10, 2008 through October 17, 2008
28 ///

1

for continuity of counsel under 18 U.S.C. § 3161(h)(8)(B)(iv) (local Code T4).

```
                                    McGREGOR W. SCOTT
                                    United States Attorney

DATED: October 8, 2008         By   /s/ Mary L. Grad
                                    MARY L. GRAD
                                    Assistant U.S. Attorney


                                    /S/ Hayes Gable
                                    HAYES GABLE
                                    Counsel for Pretty Le
```

   IT IS SO ORDERED.

Dated:  October 9, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge